# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CALVIN J. COOKS AND LASHANA
COOKS, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR
CHILDREN, R.W., J.W., C.C.,
AND D.C.

VERSUS

VARICK TAYLOR, SR.,
INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A
THIBODAUX CITY COUNCILMAN,
VARICK TAYLOR, JR.,
INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A
THIBODAUX POLICE OFFICER,
TOMMY ESCHETE, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY
AS MAYOR OF THIBODAUX, JAMEY
FONTENOT, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
A THIBODAUX POLICE OFFICER
AND AS CHIEF OF ST. JOHN
VOLUNTEER FIRE DEPARTMENT,
RICKY ROSS, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS
THIBODAUX POLICE OFFICER,
SCOTT SILVERII, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY
AS CHIEF OF THE THIBODAUX
POLICE, SHONTELL CLARK, AA
DOE TIRE SLASHER, BB DOE,
AND CC DOE

NO.   2019 CW 0697

OCT 1 8 2019

---

In Re:   Bryan Fontenot, applying for supervisory writs, 17th
         Judicial District Court, Parish of Lafourche, No.
         121812.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court's action does not preclude relator from filing a subsequent motion for summary judgment.

**PMc**
**GH**

**Welch, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT